___ Pages
ADRIAN S. WILLIAMS, #52065
The Law Office of Adrian S. Williams, P.C.
2440 West Shaw Avenue, Suite 114
Fresno, California 93711

Telephone (559) 226-7767
Facsimile (559) 224-4960

Attorney for Reynaldo Escutia

2010-16327
FILED
August 17, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002852952

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>Reynaldo Escutia<br><br>        Debtor(S) | Case No. 2010-16327-B-13 |

**ORDER CONFIRMING PLAN**

The Chapter 13 plan of the above-named debtor(s) has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtor(s) plan satisfies the requirements of 11 U.S.C. § 1325.

Therefore, **IT IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:
1. The debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtor's address;
2. The debtor shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the debtor; and
3. The debtor shall appear in court whenever notified to do so by the court.

///

///

///

///

///

EDC 3-081 (Rev. 3/1/01)     Page 1 of 2

RECEIVED
August 13, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002852952

**IT IS FURTHER ORDERED** that the attorney's fees for the debtor's attorney in the full amount of $3,500.00 are approved, **$1,500.00** of which was paid prior to the filing of the petition. The balance of $2,000.00, provided that the attorney and debtor have executed and filed a Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys, shall be paid by the trustee from plan payments at the rate specified in the Guidelines for Payment of Attorneys' Fees in Chapter 13 Cases.

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 1323, the plan is amended as follows:

1. Debtor to increase plan payments from $565.00 to $591.00.

2. Debtor and GMAC have come to an agreement and will file a stipulation stating that the value of the 2007 GMC Sierra is $19,500.00 and will be paid at 4.5% intrest at $364.00 per month.

*[signature]*
Approved by the Chapter 13
Trustee as to form.

Dated: August 17, 2010

*[signature]*
W. Richard Lee
United States Bankruptcy Judge

EDC 3-081 (Rev. 3/1/01)    Page 2 of 2