2010-16327
FILED
February 07, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003264089

PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQ., #106207
LEE S. RAPHAEL, ESQ., #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
MELISSA VERMILLION, ESQUIRE #241354
PETER J. SOLIMON, ESQUIRE #269660
JOSEPH GARIBYAN, ESQUIRE #271833
20750 Ventura Boulevard, Suite 100
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
F.040-2141
Attorneys for Movant U.S. Bank, N.A.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Bk. No. 10-16327-B-13 |
| REYNALDO ESCUTIA, JR. fdba AUTO ENTERPRISE | Motion No. PPR-1 |
| Debtor | CHAPTER 13 |
| | Hearing- |
| MICHAEL H. MEYER, | Date : 02/10/11 |
| | Time : 1:30 P.M. |
| Trustee, | Place : U.S. Bankruptcy Court |
| | 2500 Tulare Street |
| | Fresno, CA |
| | Dept. B. Courtroom 12 |
| | Judge: W. Richard Lee |

_____/

ORDER DENYING APPROVAL OF STIPULATION

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Stipulation

RECEIVED
February 07, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003264089

Re Adequate Protection filed by U.S. Bank, N.A., its assignees and/or successors in interest, on February 7, 2011 is approved. denied. This secured claim is in class four of the confirmed chapter 13 plan. The automatic stay already terminated upon confirmation of the plan.

Dated: February 07, 2011

W. Richard Lee
United States Bankruptcy Judge