UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Reynaldo Escutia | **Case No :** | 10-16327 - B - 13 |
| | | **Date :** | 2/10/11 |
| | | **Time :** | 01:30 |
| **Matter :** | [60] - Motion/Application for Relief from Stay [PPR-1] Filed by Creditor U.S. Bank, N.A. (Fee Paid $150) (resf) [60] - Motion/Application for Adequate Protection [PPR-1] Filed by Creditor U.S. Bank, N.A. (resf) | | UNOPPOSED |
| **Judge :** | W. Richard Lee | | |
| **Courtroom Deputy :** | Jennifer Dauer | | |
| **Reporter :** | Linda Gorman | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

HEARING was :

This motion for relief from the automatic stay is denied as moot. This secured claim is provided for in either Class 3 or Class 4 of the debtor(s) confirmed chapter 13 plan. The automatic stay for all Class 3 and Class 4 creditors was modified upon confirmation of the chapter 13 plan to permit enforcement of the creditor's remedies with regard to the collateral, so long as this case remains in chapter 13. No attorney's fees will be awarded in relation to this motion.